In the Matter of the Application of JOHN A. BENSEL et al., Constituting the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Certain Lands in Ulster County.

THE AWARD COMPANY, Appellant; WILLIAM C. PRESTON et al., Respondents.

*Matter of Bensel*, 140 App. Div. 944, affirmed.
(Argued February 6, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

November 22, 1910, which affirmed an order of Special Term directing distribution of an award theretofore made in condemnation proceedings.

*H. C. Stratton* and *James Dunne* for appellant.

*Milton O. Auchmoody* for respondents.

Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.